UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1909
(7:18-cv-00169-BO)
(7:18-cv-00178-BO)

_____

JIMMY EDWARDS; ROBERT HUNT; DOLORES HUNT; CLIFFORD MCKELLAR, JR.; EMMA MCKELLAR; WEST LUMBERTON BAPTIST CHURCH; CURRIE CHAIN SAW, INC.; C.J.M. VENTURES, INC.; WILLIAM LOCKLEAR, d/b/a Stricklands's Barbershop; TBL ENVIRONMENTAL LABORATORY, INC.; SAMMY'S AUTO SALES, INC.; ERIC CHAVIS, on behalf of themselves and all others similarly situated

   Plaintiffs - Appellants

and

ANTOINETTE MOORE; LINDA SAMPSON

   Plaintiffs

v.

CSX TRANSPORTATION, INC.

   Defendant - Appellee

and

CSX CORPORATION; CSX INTERMODAL TERMINALS, INC.

   Defendants

---

O R D E R

---

The court extends the briefing schedule as follows:

Joint appendix due: 01/12/2024

Opening brief due: 01/12/2024

Response brief due: 02/13/2024

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk
