FILED: August 12, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1909
(7:18-cv-00169-BO)
(7:18-cv-00178-BO)

_____

JIMMY EDWARDS; ROBERT HUNT; DOLORES HUNT; CLIFFORD MCKELLAR, JR.; EMMA MCKELLAR; WEST LUMBERTON BAPTIST CHURCH; CURRIE CHAIN SAW, INC.; C.J.M. VENTURES, INC.; WILLIAM LOCKLEAR, d/b/a Stricklands's Barbershop; TBL ENVIRONMENTAL LABORATORY, INC.; SAMMY'S AUTO SALES, INC.; ERIC CHAVIS, on behalf of themselves and all others similarly situated

        Plaintiffs - Appellants

and

ANTOINETTE MOORE; LINDA SAMPSON

        Plaintiffs

v.

CSX TRANSPORTATION, INC.

        Defendant - Appellee

and

CSX CORPORATION; CSX INTERMODAL TERMINALS, INC.

        Defendants

_____

## JUDGMENT
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK