FILED: September 15, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1909
(7:18-cv-00169-BO)
(7:18-cv-00178-BO)

_____

JIMMY EDWARDS; ROBERT HUNT; DOLORES HUNT; CLIFFORD MCKELLAR, JR.; EMMA MCKELLAR; WEST LUMBERTON BAPTIST CHURCH; CURRIE CHAIN SAW, INC.; C.J.M. VENTURES, INC.; WILLIAM LOCKLEAR, d/b/a Stricklands's Barbershop; TBL ENVIRONMENTAL LABORATORY, INC.; SAMMY'S AUTO SALES, INC.; ERIC CHAVIS, on behalf of themselves and all others similarly situated

    Plaintiffs - Appellants

 and

ANTOINETTE MOORE; LINDA SAMPSON

    Plaintiffs

v.

CSX TRANSPORTATION, INC.

    Defendant - Appellee

 and

CSX CORPORATION; CSX INTERMODAL TERMINALS, INC.

    Defendants

_____

O R D E R

_____

Costs for these proceedings are taxed and certified in the amount of $34.20, as itemized in the accompanying bill of costs. The costs taxed shall be added to this court's mandate in accordance with Fed. R. App. P. 39(d).

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk